UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60968-CIV-ALTMAN/Hunt

**DANEETO HOWARD**,

    *Plaintiff*,

v.

**IFIXANDREPAIR, LLC**, *et al.*,

    *Defendants*.

_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Unopposed Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice [ECF No. 10] (the "Motion"). The Plaintiff attached to the Motion the parties' fully executed Settlement Agreement [ECF No. 10-1], which indicates that the "payment represents the full amount of potential overtime and liquidation that Plaintiff claims." *See* Settlement Agreement ¶ 4. As part of the settlement, the parties also reached an amicable resolution with respect to the amount of the Plaintiff's attorneys' fees and costs. The parties attached to the Motion an Invoice [ECF No. 10-2], which details counsel's work on this matter.

Based on a careful review of the record and the settlement agreement, the Court finds that both the settlement of this action and the requested attorneys' fees are fair and reasonable. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. The Motion [ECF No. 10] is **GRANTED**.

2. This case is **DISMISSED with prejudice**, with each party to bear its own costs and fees, except as otherwise agreed.

3. All other pending motions are **DENIED as moot**. Any pending deadlines and hearings are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record